## 61589. FIELD DEVELOPERS, INC. v. CITY OF ATLANTA.

QUILLIAN, Chief Judge.

This appeal was taken from the Fulton Superior Court's dismissal of appellant's petition for certiorari attempting to review a judgment by the Atlanta Municipal Court. *Held:*

Code Ann. § 6-701.1 (a) (1) (Ga. L. 1979, pp. 619, 620) reads: "Appeals in the following types of cases shall be as provided in this section: Appeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari . . ." Thus, the instant case falls within the parameters of the Act (see *Jackson v. Stuldivant,* 152 Ga. App. 94 (262 SE2d 642)) and is subject to dismissal because of appellant's failure to comply with the Act's requirements.

*Appeal dismissed. McMurray, P. J., and Pope, J., concur.*

DECIDED APRIL 6, 1981 —
REHEARING DENIED APRIL 28, 1981

*E. B. Shaw,* for appellant.
*Andrew J. Hairston, Solicitor, Raines F. Carter, Assistant Solicitor,* for appellee.